# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SANDI AZURE,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants. | CV-24-36-GF-BMM<br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** for the reasons stated in open court on October 1, 2024 that the Court denies Defendant's motion to dismiss regarding Plaintiff's failure to exhaust administrative remedies. The Court grants Defendant's motion dismissing Plaintiff's Intentional Infliction of Emotional Distress claim (Count IV) without prejudice. Plaintiff is free to amend otherwise move forward with the negligence claim.

DATED this 3rd day of October, 2024.

*Brian Morris*
Brian Morris, Chief District Judge
United States District Court